1  JOSHUA E. KIRSCH (SBN: 179110)
   jkirsch@gibsonrobb.com
2  GIBSON ROBB & LINDH LLP
   1225 Powell Street
3  Emeryville, CA 94608
   Tel:    (415) 348-6000
4  Fax:    (415) 231-0037

5  Attorneys for Plaintiff
   SUN FRESH INTERNATIONAL, LLC
6

7  ANDREW I. PORT (SBN: 120977)
   aport@grsm.com
8  LEA M. LUTERSTEIN (SBN: 337399)
   lluterstein@grsm.com
9  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
10 San Francisco, CA 94111
   Tel:    (415) 986-5900
11 Fax:    (415) 986-8054

12 Attorneys for Defendant
   SWIRE SHIPPING PTE. LTD., erroneously sued herein as SWIRE SHIPPING
13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16

| SUN FRESH INTERNATIONAL, LLC, a limited liability company, | Case No. 1:24-cv-00680-KES-BAM |
|---|---|
| Plaintiff, | **STIPULATION REGARDING EXTENSION OF TIME FOR DEFENDANT SWIRE SHIPPING PTE. LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| v. | |
| UWL, INC., a corporation; and SWIRE SHIPPING, an entity of unknown form, | |
| Defendants. | |

    Defendant SWIRE SHIPPING PTE. LTD., erroneously sued herein as SWIRE

SHIPPING, ("Swire") and Plaintiff SUN FRESH INTERNATIONAL, LLC, by and through

their respective counsel, hereby stipulate that Swire may have an extension of time up to and

including August 15, 2024 within which to answer, move, or otherwise respond to Plaintiff's

Complaint in the above-referenced matter.  This is Swire's first extension of time to respond to

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

the Complaint.  Good cause exists for this stipulated extension of time as attorneys for Swire were only made aware of Plaintiff's service of the Complaint on July 30, 2024 and immediately conferred with Plaintiff's counsel to obtain an extension the same day, pursuant to Local Rule 144(d), and because Swire is currently attempting to collect information and/or documents from Southeast Asia to assist it in determining the appropriate response to Plaintiff's Complaint.

**IT IS SO STIPULATED.**

DATED: August _7__, 2024         GIBSON ROBB & LINDH LLP

By: _____
JOSHUA E. KIRSCH
Attorneys for Plaintiff
SUN FRESH INTERNATIONAL, LLC

DATED: August _8__, 2024         GORDON REES SCULLY MANSUKHANI, LLP

By: _____
ANDREW I. PORT
Attorneys for Defendant
SWIRE SHIPPING PTE. LTD., erroneously sued herein as SWIRE SHIPPING

Gordon Rees Scully Mansukhani, LLP
315 Pacific Avenue
San Francisco, CA 94111

1  JOSHUA E. KIRSCH (SBN: 179110)
   jkirsch@gibsonrobb.com
2  GIBSON ROBB & LINDH LLP
   1225 Powell Street
3  Emeryville, CA 94608
   Tel:   (415) 348-6000
4  Fax:   (415) 231-0037

5  Attorneys for Plaintiff
   SUN FRESH INTERNATIONAL, LLC
6

7  ANDREW I. PORT (SBN: 120977)
   aport@grsm.com
8  LEA M. LUTERSTEIN (SBN: 337399)
   lluterstein@grsm.com
9  GORDON REES SCULLY MANSUKHANI, LLP
   315 Pacific Avenue
10 San Francisco, CA 94111
   Tel:   (415) 986-5900
11 Fax:   (415) 986-8054

12 Attorneys for Defendant
   SWIRE SHIPPING PTE. LTD., erroneously sued herein as SWIRE SHIPPING
13

14                UNITED STATES DISTRICT COURT

15                EASTERN DISTRICT OF CALIFORNIA

16

| 17 | SUN FRESH INTERNATIONAL, LLC, a limited liability company, | Case No. 1:24-cv-00680-KES-BAM |
| --- | --- | --- |
| 18 | | **[PROPOSED] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT SWIRE SHIPPING PTE. LTD. TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| 19 | Plaintiff, | |
| 20 | v. | |
| 21 | UWL, INC., a corporation; and SWIRE SHIPPING, an entity of unknown form, | |
| 22 | Defendants. | |

23

24

25

26

27

28

-3-   Case No. 1:24-cv-00680-KES-BAM

On August 6, 2024, Defendant SWIRE SHIPPING PTE. LTD., erroneously sued herein as SWIRE SHIPPING, ("Swire") and Plaintiff SUN FRESH INTERNATIONAL, LLC, by and through their respective counsel, filed a stipulation for an extension of time for Swire to respond to Plaintiff's Complaint. (Doc. 14.) Good cause appearing, the Court hereby GRANTS the Stipulation. Swire must respond to Plaintiff's Complaint on or before **August 15, 2024**.

IT IS SO ORDERED.

Dated: __August 12, 2024__        /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE